AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Shenzhen Duoleduo Technology. Ltd., <br><br> *Plaintiff(s)* <br> v. <br> The Individuals, Corporations, Limited Liability Companies, Partnerships ad Unincorporated Associations Identified in Schedule "A" Herto <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-13392 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Association Identified in Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    William R. Brees (FL Bar No. 98886)
    BAYRAMOGLU LAW OFFICES, LLC
    233 S. Wacker Drive, 44th Floor #57
    Chicago, IL 60606 | Telephone: (702) 462-5973
    William@bayramoglu-legal.com
    copyrightR@bayramoglu-legal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 3, 2025



THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-13392

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Association Identified in Schedule A

was received by me on *(date)* 12/04/2025 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served via electronic main on the addresses provided by the third party e-commerce platform authorized by Temporary Restraining Order (TRO) (ECF 20) including link to published website containing the Complaint, TRO, Summons and other case documents. https://blointernetenforcement.com/case-no-125-cv-13392/

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/04/2025

/s/ Jennifer Pantuso
*Server's signature*

Jennifer Pantuso
*Printed name and title*

BAYRAMOGLU LAW OFFICES, LLC
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
*Server's address*

Additional information regarding attempted service, etc: